

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00069-CV

## IN THE INTEREST OF L.A.S., A CHILD,

**From the County Court at Law No. 2**
**Johnson County, Texas**
**Trial Court No. D201100190**

## MEMORANDUM OPINION

Appellant, Rachel Danneman, filed her notice of appeal on February 27, 2013, challenging an "Interlocutory Order of Termination" entered on February 12, 2013. Subsequent to appellant's filing of her notice of appeal, the trial court granted a motion for new trial filed by appellant and a motion to non-suit filed by the Texas Department of Family and Protective Services. On June 3, 2013, appellant filed a motion to dismiss her appeal in this matter. *See* TEX. R. APP. P. 42.1(a)(1). Dismissal of this appeal would not prevent the parties from seeking relief to which they would otherwise be entitled. Accordingly, the motion is granted, and the appeal is hereby dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed June 13, 2013
[CV06]